UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PORTAL TECHNOLOGIES LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | Civil Action No. 2:11-cv-00440-JRG |
| | § | |
| YAHOO! INC., | § | JURY TRIAL |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Defendant Yahoo! Inc. filed its Motion to Withdraw its Motion to Dismiss for Lack of Venue, or to Transfer, or Alternatively to Certify Under 28 U.S.C. § 1292(b) ("Motion"). The Court, being well-advised, finds that the motion should be and is hereby GRANTED. It is therefore

ORDERED that Yahoo!'s Motion to Dismiss[1] is withdrawn.

**So ORDERED and SIGNED this 30th day of January, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address Yahoo!'s Motion to Transfer which was originally contained in its Motion to Dismiss but is separately docketed at Dkt. No. 8. This Order addressed only the relief sought in Dkt. No. 7.