**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PORTAL TECHNOLOGIES LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO**. 2:11-cv-00440-DF** |
| | § | |
| **YAHOO! INC.,** | § | **JURY TRIAL** |
| | § | |
| **DEFENDANT.** | § | |

**JOINT NOTICE OF DISPUTED PROTECTIVE ORDER**

Pursuant to the Court's Order of May 14, 2012 (Dkt. No. 31), Plaintiff Portal Technologies LLC, jointly with Defendant Yahoo! Inc. (collectively, "the Parties"), file this Joint Notice of Disputed Protective Order and would respectfully show the Court the following:

The Parties have met and conferred with regard to the entry of a Protective Order and have agreed to a majority of the provisions.  The attached Disputed Protective Order sets forth both the agreed language as well as the issues that are in dispute for the Court's consideration.

Respectfully submitted,

/s/*Kristie A. Wright*
Jennifer H. Doan
Texas Bar No. 08809050
Kristie A. Wright
Texas Bar No. 00794884
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  kwright@haltomdoan.com

Jeffrey A. Lamken
Martin V. Totaro
MOLOLAMKEN LLP
600 New Hampshire Ave., NW
Washington, DC 20037
Telephone:  (202) 556-2010
Facsimile:  (202) 556-2001
Email:  jlamken@mololamken.com
Email:  mtotaro@mololamken.com

John M. Whealen
4613 Merivale Road
Chevy Chase, MD 20815
Telephone:  (202) 994-2195
Email:  jwhealan@law.gwu.edu

**ATTORNEYS FOR DEFENDANT
YAHOO! INC.**


/s/ *John J. Edmonds* with permission
John J. Edmonds
Texas Bar No. 789758
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS &
POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com

William E. Davis, III
Texas Bar No. 24047416
THE DAVIS FIRM P.C.
111 W. Tyler St.
Longview, TX 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com

**ATTORNEYS FOR PLAINTIFF
PORTAL TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 16th day of May, 2012.


/s/      *Kristie A. Wright*