UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PORTAL TECHNOLOGIES LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:11-cv-00440-JRG |
| | § | |
| YAHOO! INC., | § | JURY TRIAL |
| | § | |
| DEFENDANT. | § | |

### DEFENDANT YAHOO! INC.'S UNOPPOSED
### MOTION FOR HEARING ON MOTION TO TRANSFER

Defendant Yahoo! Inc ("Yahoo!") files this Unopposed Motion for Hearing on its Motion to Transfer (Dkt. No. 8) and would respectfully show the Court the following:

Yahoo! filed its Motion to Transfer ("Motion") on November 30, 2011. Plaintiff Portal Technologies LLC ("Portal") filed its Response (Dkt. No. 16) on January 3, 2012. Thereafter, Yahoo! filed its Reply (Dkt. No. 20), and Portal filed its Sur-Reply (Dkt. No. 25). As such, the Motion is fully briefed and is ripe for consideration. Yahoo! therefore respectfully requests that the Motion be set for hearing at the Court's earliest convenience.

Yahoo! has discussed this Motion with counsel for Portal, and Portal does not oppose the requested relief.

For all these reasons, Yahoo! respectfully requests that the Court set Yahoo!'s Motion to Transfer for hearing.

Respectfully submitted,

/s/ *Kristie A. Wright*
Jennifer H. Doan
Texas Bar No. 08809050
Kristie A. Wright
Texas Bar No. 00794884
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  kwright@haltomdoan.com

**ATTORNEYS FOR DEFENDANT YAHOO! INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 24th day of May, 2012.

*/s/ Kristie A. Wright*
Kristie A. Wright

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Defendant Yahoo! has discussed this Motion with counsel for Plaintiff Portal Technologies LLC, and Plaintiff does not oppose the relief requested.

*/s/ Kristie A. Wright*
Kristie A. Wright