# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **PORTAL TECHNOLOGIES LLC,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 2:11-cv-00440-JRG** |
| | § | |
| **YAHOO! INC.,** | § | **JURY TRIAL** |
| | § | |
| **DEFENDANT.** | § | |

### NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURES

Defendant Yahoo! Inc. ("Yahoo!") files this Notice of Service of Supplemental Disclosures and states as follows:

Pursuant to Federal Rule of Civil Procedure 26(e), Yahoo! served its supplemental disclosures via electronic mail on June 20, 2012.

Respectfully submitted,

/s/    *Kristie A. Wright*
Jennifer H. Doan
Texas Bar No. 08809050
Kristie A. Wright
Texas Bar No. 00794884
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  kwright@haltomdoan.com

**ATTORNEYS FOR DEFENDANT YAHOO! INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 20th day of June, 2012.

                                                    /s/*Kristie A. Wright*
                                                     Kristie A. Wright